# BAILEY JOHNSON

Bailey, Johnson & Peck, P.C.
Attorneys At Law

5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

**John W. Bailey, Esq.**
JWBailey@BaileyJohnson.com

February 12, 2020

**Via CM/ECF**
Honorable Daniel J. Stewart
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re: **Gina L. Bianchi v. Michael C. Green, et al.**
Civil Case No.: **1:18-cv-619 (GLS/DJS)**
Our File No.: **2174-BI27**

Dear Magistrate Stewart:

Please allow this letter to serve as a joint request by all parties for an extension of the mediation deadline in this matter to March 30, 2020. The current deadline is Friday, February 14, 2020. Presently, we have mediation scheduled with Judge Randy Treece which has been confirmed with all parties for March 24th.

The Court's consideration of this matter is greatly appreciated.

Respectfully submitted,

John W. Bailey
JWBailey@BaileyJohnson.com

JWB/elp

cc: Via CM/ECF – rmanfredo@bsk.com
Robert Manfredo, Esq.
Bond, Schoeneck & King
22 Corporate Woods, Suite 501
Albany, New York 12211

Honorable Daniel J. Stewart
February 12, 2020
Page 2

Via CM/ECF – spq@girvinlaw.com
Scott P. Quesnel, Esq.
Patrick J. Fitzgerald, Esq.
Girvin & Ferlazzo, P.C.
Attorneys for Michael C. Green
20 Corporate Woods Blvd.
Albany, NY 12211

Via CM/ECF – acrose@nixonpeabody.com
Andrew C. Rose, Esq.
Tina E. Sciocchetti, Esq.
Nixon Peabody LLP
Attorneys for John Czajka
677 Broadway, 10th Floor
Albany New York 12207-2996