# BAILEY JOHNSON
## Bailey, Johnson & Peck, P.C.
### Attorneys At Law

5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

**John W. Bailey, Esq.**
JWBailey@BaileyJohnson.com

August 13, 2020

**Via CM/ECF**
Honorable Daniel J. Stewart
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

      **Re:**    **Gina L. Bianchi v. Michael C. Green, et al.**
                  **Civil Case No.:  1:18-cv-619 (GLS/DJS)**
                  **Our File No.:  2174-BI27**

Dear Magistrate Stewart:

On or about June 18, 2020, we served Plaintiff's Second Set of Interrogatories on Defendant Green.  Following several good faith attempts, Defendant's responses remain outstanding.  Responses to these Interrogatories are critical to Plaintiff's claims.

At this time, we respectfully request a conference with the Court to discuss this discovery dispute.  Thank you for your courtesies with regard to this matter.

Very truly yours,

*John W. Bailey*

John W. Bailey
JWBailey@BaileyJohnson.com

/elp
cc:    <u>Via CM/ECF</u> – rmanfredo@bsk.com
       Robert Manfredo, Esq.
       Bond, Schoeneck & King
       22 Corporate Woods, Suite 501
       Albany, New York 12211

Honorable Daniel J. Stewart
August 13, 2020
Page 2

Via CM/ECF – spq@girvinlaw.com
Scott P. Quesnel, Esq.
Patrick J. Fitzgerald, Esq.
Girvin & Ferlazzo, P.C.
Attorneys for Michael C. Green
20 Corporate Woods Blvd.
Albany, NY 12211

Via CM/ECF – acrose@nixonpeabody.com
Andrew C. Rose, Esq.
Tina E. Sciocchetti, Esq.
Nixon Peabody LLP
Attorneys for John Czajka
677 Broadway, 10th Floor
Albany New York 12207-2996